

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00013-CV

IN RE MARK FISHER AND REECE BOUDREAUX                    RELATORS

AND

### NO. 02-11-00014-CV

IN RE  BANK OF AMERICA, N.A.                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petitions for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petitions for writ of mandamus are denied.

PER CURIAM

PANEL:  MCCOY, DAUPHINOT, and MEIER, JJ.

DELIVERED:  February 1, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).